UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 26-50287 |
| CRYSTAL LYNN BROWNING, *pro se*, | Chapter 7 |
| Debtor. | Judge Thomas J. Tucker |

______________________________________/

**ORDER DENYING DEBTOR'S MOTION TO EXTEND THE AUTOMATIC STAY**

This case is before the Court on a motion filed on October 15, 2026 by the Debtor, entitled "Motion [to] Extend Automatic Stay" (Docket # 22, the "Motion"). The Court must deny the Motion, because it was not timely filed, and because it was filed too late to enable the Court to comply with the 30-day hearing deadline of 11 U.S.C. § 362(c)(3)(B).

Under 11 U.S.C. § 362(c)(3)(B), in order for the Court to extend the automatic stay, a hearing on a motion to extend the automatic stay must be completed within 30 days after the filing of the case. Because of the statute's 30-day hearing deadline, LBR 4001-4(a) (E.D. Mich.) requires that a motion to extend the stay be filed and served within seven days after the bankruptcy petition is filed. LBR 4001-4(a) provides further: "When such a motion is filed, the court will schedule a hearing with a notice to all parties in interest. If the movant has not received a notice of hearing within seven days after filing the motion, the movant may contact the judge's courtroom deputy clerk to obtain a hearing date within the time limit established by law."

The Debtor filed her voluntary petition for relief under Chapter 7 in this case on September 17, 2026. The Debtor did not file her Motion until October 15, 2026, which was 21 days after the deadline to file such a motion expired under LBR 4001-4(a), and two day before the 30-day hearing deadline will expire on October 17, 2026. Because it is now impossible to

schedule and conclude a hearing on the Motion within the required 30-day period, while giving adequate notice of that hearing to creditors, the Motion must be denied.

Accordingly,

IT IS ORDERED that the Motion (Docket # 22), is denied.

**Signed on October 16, 2026**

**/s/ Thomas J. Tucker**

**Thomas J. Tucker**
**United States Bankruptcy Judge**